# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS, | Case No. 1:21-cv-00952-CDB |
| Plaintiff, | |
| v. | |
| CASE, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Jakan Chamel Mills, CDCR # P-11240, a necessary and material witness in a telephonic pre-settlement conference in this case on October 28, 2025, is confined in R. J. Donovan Correctional Facility (RJD), in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto, by telephonic conferencing from his place of confinement, on **October 28, 2025, at 4:00 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic conferencing, to participate in a telephonic pre-settlement conference at the time and place above, until completion of the pre-settlement conference call or as ordered by the court. (Dial-in number: 669-254-5252; meeting ID 160 801 1115; passcode 449390.)

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at RJD at (619) 671-7566 or via email.

4. Any difficulties connecting to the teleconference shall immediately be reported to Wendy Kusamura, Courtroom Deputy, at wkusamura@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Oberto at the time and place above, by telephonic conferencing, until completion of the telephonic pre-settlement conference or as ordered by the court.

//
//

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    **September 25, 2025**

UNITED STATES MAGISTRATE JUDGE

