UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS,<br><br>             Plaintiff,<br><br>      v.<br><br>CASE,<br><br>             Defendant. | Case No.: 1:21-cv-00952-CDB (PC)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE**<br><br>(Doc. 30) |

On December 19, 2025, the parties filed a Stipulation for Voluntary Dismissal of Action with Prejudice. (Doc. 30.) The stipulation is signed and dated by Plaintiff Jakan Chamel Mills and by Brittany Boiko, counsel for Defendant D. Case. (*Id.*) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **December 22, 2025**                               _____
                                                                                  UNITED STATES MAGISTRATE JUDGE